[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order

Appellate case name: Norris Briscoe v. The State of Texas

Appellate case number: 01-12-00646-CR

Trial court case number: 1305620

Trial court: 179th District Court of Harris County

 In his brief, appellant challenges the sufficiency of the evidence to
support the trial court's assessment of court costs in the amount of $294,
when no bill of costs appears in the record despite his specific, written
request for its inclusion. See Tex. R. App. P. 34.5(b). "A court of
appeals must not affirm or reverse a judgment or dismiss an appeal for
formal defects or irregularities in appellate procedure without allowing a
reasonable time to correct or amend the defects or irregularities." Tex.
R. App. P. 44.3.

 Pursuant to Texas Rules of Appellate Procedure 34.5(c) and 44.3, the
trial court clerk is ordered to prepare, certify, and file a supplemental
record containing a bill of costs. If no bill of costs currently exists,
the trial court clerk or an officer of the court is ordered to prepare a
bill of costs for inclusion in the supplemental record. See Tex. Code
Crim. Proc. Ann. art. 103.006 (West 2001) ("If a criminal action or
proceeding . . . is appealed, an officer of the court shall certify and
sign a bill of costs stating the costs that have accrued and send the bill
of costs to the court to which the action . . . is . . . appealed.").

 The supplemental clerk's record shall be filed in the First Court of
Appeals no later than February 15, 2013.

 It is so ORDERED.

Judge's signature: /s/ Rebecca Huddle
 ( Acting individually ? Acting for the Court

Date: January 24, 2013